# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LLIJMASG, LLC,** and **KINSTONE MARKET, INC.,**
Appellants,

v.

**CITY OF WILTON MANORS, FLORIDA,**
Appellee.

No. 4D20-1958

[December 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-13003.

Jason Gordon of Law Offices of Jason Gordon, P.A., Hollywood, for appellants.

Kerry L. Ezrol of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***